# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KYLE E. TAYLOR & SHERI L. TAYLOR  Case Number: 07-70835
4658 ORCHARD LANE  SSN-xxx-xx-5647 & xxx-xx-2352
ROCKFORD, IL 61109

Case filed on: 4/10/2007
Plan Confirmed on: 7/13/2007
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $15,695.72    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 999 | KYLE E. TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | IRWIN MORTGAGE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | THE NATIONAL BANK & TRUST CO SYCAMORE | 15,337.92 | 13,382.00 | 9,051.46 | 597.30 |
| 004 | THE NATIONAL BANK & TRUST CO SYCAMORE | 0.00 | 1,789.01 | 1,789.01 | 200.02 |
|  | Total Secured | 15,337.92 | 15,171.01 | 10,840.47 | 797.32 |
| 001 | AMERICAN GENERAL FINANCE | 3,746.68 | 3,746.68 | 0.00 | 0.00 |
| 003 | THE NATIONAL BANK & TRUST CO SYCAMORE | 0.00 | 1,955.92 | 0.00 | 0.00 |
| 004 | THE NATIONAL BANK & TRUST CO SYCAMORE | 3,850.38 | 3,850.38 | 0.00 | 0.00 |
| 005 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BIEHL & BIEHL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 521.59 | 521.59 | 0.00 | 0.00 |
| 008 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 1,731.32 | 1,731.32 | 0.00 | 0.00 |
| 010 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | INTERSTATE GAS SUPPLY OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD HEALTH PHYSICIANS | 495.79 | 495.79 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITORS PROTECTION SERVICE, INC | 598.34 | 598.34 | 0.00 | 0.00 |
| 018 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 487.25 | 487.25 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 496.17 | 496.17 | 0.00 | 0.00 |
| 022 | CAPITAL ONE | 315.54 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 12,243.06 | 13,883.44 | 0.00 | 0.00 |
|  | Grand Total: | 30,580.98 | 32,054.45 | 13,840.47 | 797.32 |

Total Paid Claimant: $14,637.79
Trustee Allowance: $1,057.93
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 11/24/2008    By /s/Heather M. Fagan